IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHETER CONNECTIONS, INC., | |
| Plaintiff, | Civil Action No. 1:14-cv-03512-NLH-AMD |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| IVERA MEDICAL CORPORATION and BECTON, DICKINSON AND COMPANY, | |
| Defendants. | *DOCUMENT FILED ELECTRONICALLY* |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Catheter Connections, Inc., and Defendants, Ivera Medical Corporation and Becton, Dickinson and Company, that all claims and counterclaims in the above matter are hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

DATED: September 22, 2014

Respectfully submitted,

**SAIBER LLC**
Attorneys for Plaintiff
Catheter Connections, Inc.

*/s/ Sean R. Kelly*
Sean R. Kelly
skelley@saiber.com
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

H. Dickson Burton
hdburton@traskbritt.com
**TRASKBRITT, P.C.**
P.O. Box 2550

230 South 500 East, Suite 300
Salt Lake City, Utah 84110
Tele: (801) 532-1922
Fax (801) 531-9168

Vicki E. Farrar
vfarrar@cathconn.com
2455 E. Parleys Way, Suite 150
Salt Lake City, Utah 84109
Telephone: (435) 729-9397

DATED: September 22, 2014

Respectfully submitted,

**STRADLEY RONON STEVENS & YOUNG, LLP**

Attorneys for Defendants Ivera Medical Corp. and Becton, Dickinson and Company

*/s/ Marissa R. Parker*
Marissa R. Parker
MParker@stradley.com
2005 Market Street, Suite 2600
Philadelphia, PA 19103

Jonathan Hangartner
jon@x-patents.com
**X-PATENTS, APC**
5670 La Jolla Blvd.
La Jolla, CA 92037

IT IS SO ORDERED this 23rd day of September

_____
**HONORABLE NOEL L. HILLMAN**
**UNITED STATES DISTRICT JUDGE**

At Camden, New Jersey